IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSEPH SWIDERSKI,

      Appellant,

v.

CITY OF WEST PALM BEACH,
AND CORVEL CORPORATION,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0050

_____/

Opinion filed January 9, 2015.

An appeal from an order of the Judge of Compensation Claims.
Mary A. D'Ambrosio, Judge.

Date of Accident: August 1, 2011.

Michael J. Celeste, Jr. of the Celeste Law Firm, P.A., West Palm Beach, and Kenneth
B. Schwartz, West Palm Beach, for Appellant.

Micheal A. Edwards, West Palm Beach, for Appellees.

PER CURIAM.

      AFFIRMED.

BENTON, WETHERELL, and SWANSON, JJ., CONCUR.